UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAURICE L. TREAKLE, | : |
| Plaintiff, | : Civ. No. 17-3812 (RBK) (AMD) |
| v. | : |
| WARDEN ATLANTIC COUNTY JUSTICE FACILITY, | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff, Maurice L. Treakle, is proceeding *pro se* with a civil rights complaint. He lists the Atlantic County Justice Facility as his address of record. However, on June 12, 2017, mail sent by the Clerk to plaintiff at his address of record was returned to this Court as undeliverable.

As of today's date, plaintiff has not updated this Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this  28th  day of June, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for plaintiff's failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge